UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:21 CR 596 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | ORDER ACCEPTING PLEA |
| | ) | AGREEMENT, JUDGMENT AND |
| CHRISTIAN BAKER, | ) | REFERRAL TO U.S. PROBATION |
| | ) | OFFICE |
| Defendant | ) | |

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge Carmen E. Henderson, regarding the change of plea hearing of Christian Baker, which was referred to the Magistrate Judge with the consent of the parties.

On August 25, 2021 the government filed a 6 count, multi-defendant Indictment, charging Christian Baker in counts 1, and 2 with Conspiracy to Distribute and Possess with Intent to Distribute Marijuana, in violation of Title 21 U.S.C. § 846, and Maintaining a Drug Premises, in violation of Title 21 U.S.C. § 856(a)(1).

On August 26, 2021 Magistrate Judge Henderson held an arraignment, during which Mr. Baker entered a plea of not guilty to the charges. On July 28, 2022 Magistrate Judge Henderson received Defendant Baker's plea of guilty to counts 1 and 2 of the Indictment, with a written plea agreement, and issued a Report and Recommendation ("R&R"), concerning whether the plea should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the fourteen days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Defendant Baker

is found to be competent to enter a plea and to understand his constitutional rights. He is aware of the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, Defendant Christian Baker is adjudged guilty to counts 1 and 2 of the Indictment, in violation of Title 21 U.S.C. § 846 and 856(a)(1). This matter was referred to the U.S. Probation Department for the completion of a pre-sentence investigation and report. Sentencing will be held on November 17, 2022 at 2:00 p.m. in Courtroom 19A, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

August 22, 2022